UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | SA CV 16-01810-AB (GJSx) | Date: | October 11, 2016 |

Title: United Poultry Concerns v. Chabad of Irvine et al

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| | |
|---|---|
| Carla Badirian | Chia Mei Jui |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Bryan W Pease | Michael Anthony Jones |
| David R Simon | Gregory Boden |
| | Stephanie Phillips |
| | Matthew Martens, PHV |
| | Jeremy Dys, PHV |
| | Hiram Sasser, PHV |
| | Aryeh Kaufman (Amicus Curiae) |

**Proceedings:** TELEPHONIC CONFERENCE RE DEFENDANTS' MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER; OPPOSITION TO PLAINTIFF'S PRELIMINARY INJUNCTION MOTION; AND MOTION TO STRIKE THE COMPLAINT [23]

　　The Court having carefully considered the papers and the evidence submitted by the parties, having heard the oral argument of counsel, and for the reasons stated on the record, hereby dissolves the Temporary Restraining Order.

　　The parties shall meet and confer to set briefing deadlines and a proposed date for the Preliminary Injunction hearing. Motions regarding Amicus Curiae will be heard at the

same date.

      Pro Hac Vice Applications shall be filed by Wednesday, October 12, 2016 at 5:00pm.

      The hearing previously set for Thursday, October 13, 2016 at 10:00 am is hereby vacated.

IT IS SO ORDERED.