# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

United Poultry Concerns

PLAINTIFF(S)

v.

Chabad of Irvine, et al

DEFENDANT(S).

**CASE NUMBER**

SA CV 16-01810-AB (GJSx)

**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 10/17/2014 | 40 & 41 | Pro Hac Vice Application |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed

☑ ~~The document is stricken and~~ counsel is ordered to file an amended or corrected document ~~by~~ immediately _____ .

☐ The hearing date has been rescheduled to _____ at _____

☑ Other

   Counsel shall file the Certificate of Good Standing and Proposed Order and also email the Proposed Order, in Word format, to the Chambers email address.

Clerk, U.S. District Court

Dated: 10/20/16 _____

By: C. Badirian _____
                        Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge