Prepared By:
Michael Jones, CA Bar No. 271574
M. Jones & Associates, PC
505 North Tustin Ave, Suite 105
Santa Ana, CA 92705
Telephone: (714) 795-2346
Facsimile: (888) 341-5213
Email:  mike@MJonesOC.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **UNITED POULTRY CONCERNS**,<br><br>Plaintiff,<br><br>v.<br><br>**CHABAD OF IRVINE; ALTER TENENBAUM, IN HIS INDIVIDUAL, CAPACITY; DOES 1 THROUGH 50,**<br><br>Defendants | Case No. **8:16-CV-01810**-AB-(GJSx)<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)<br><br>Complaint served: 8 Oct. 2016<br>Current response date: 31 Oct. 2016<br>New response date: 7 Nov. 2016 |

It is hereby stipulated by Plaintiff United Poultry Concerns and

Defendants Chabad of Irvine and Alter Tenenbaum (collectively hereinafter

**Stipulation to Extend Time for Initial Response to Complaint**

**1**

"Defendants") through undersigned counsel, that Defendants shall have a 7-day extension of time to respond to the Complaint, up to and including 7 November 2016.

The extension is needed to allow defense counsel time to investigate Plaintiff's claims in preparation for responding to the Complaint, and for the parties to evaluate the prospects for early resolution of this matter.

This stipulation is made in good faith and not for any purpose of delay.

This stipulation does not extend the time to respond by more than a cumulative total of thirty (30) days from the date Defendant's response initially would have been due.

IT IS SO STIPULATED.

Dated this 27 October 2016.

**M Jones and Associates, PC**
Attorneys for Defendants

_____
Michael Jones

*(signatures continued on next page)*

Dated this 27 October 2016.

**Law Office of Bryan W. Pease**
Attorney for Plaintiff

_____
Bryan W. Pease