Prepared By:
Michael Jones, CA Bar No. 271574
M. Jones & Associates, PC
505 North Tustin Ave, Suite 105
Santa Ana, CA 92705
Telephone: (714) 795-2346

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED POULTRY CONCERNS,<br><br>PLAINTIFF,<br><br>V.<br><br>CHABAD OF IRVINE; ALTER TENENBAUM, IN HIS INDIVIDUAL, CAPACITY; DOES 1 THROUGH 50,<br><br>DEFENDANTS | Case No. 8:16-cv-01810-AB-(GJSx)<br><br>ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)<br><br>Complaint served: 8 Oct. 2016<br>Current response date: 31 Oct. 2016<br>New response date: 7 Nov. 2016 |

1  IT IS HEREBY ORDERED that the Stipulation to Extend Time to
2  Respond to Initial Complaint is hereby approved. Defendant's response is
3  now due on or before 7 November 2016.
4
5
6  Dated: 28 October 2016
7
8
9
10                                  The Honorable ANDRÉ BIROTTE, JR.
                                    United States District Court Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28