Name and address:

> Hiram S. Sasser, III
> First Liberty Institute
> 2001 W. Plano Pkwy, Ste. 1600
> Plano, TX 75075

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United Poultry Concerns | CASE NUMBER |
|---|---|
| Plaintiff(s), | CV 16-01810 |
| v. | |
| Chabad of Irvine et al. | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE |
| Defendant(s), | |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. ELECTRONIC SIGNATURES ARE NOT ACCEPTED. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically (using the Court's CM/ECF System), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $325 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. Out-of-state federal government attorneys are not required to pay the $325 fee. (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Sasser III, Hiram S.
*Applicant's Name (Last Name, First Name & Middle Initial)*         check here if federal government attorney ☐

First Liberty Institute
*Firm/Agency Name*

2001 W. Plano Pkwy            (972) 941-4444            (972) 423-6162
Suite 1600                     *Telephone Number*         *Fax Number*
*Street Address*

Plano, TX, 75075               hsasser@firstliberty.org
*City, State, Zip Code*          *E-mail Address*

I have been retained to represent the following parties:

Chabad of Irvine et al.         ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____
                                ☐ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| The United States Supreme Court | 11/12/08 | Yes |
| US Ct of Appeals for the Second Circuit | 03/15/11 | Yes |
| US Ct of Appeals for the Third Circuit | 07/25/16 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Has the applicant previously registered as a CM/ECF user in the Central District of California?  ☐ Yes  ☒ No

If yes, was the applicant's CM/ECF User account associated with the e-mail address provided above?  ☐ Yes  ☐ No

*Previous E-mail Used (if applicable)*

Attorneys must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.3, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:
(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  10/12/16

Hiram S. Sasser, III
*Applicant's Name (please type or print)*

*Applicant's Signature*

SECTION III - DESIGNATION OF LOCAL COUNSEL

Jones, Michael A.
*Designee's Name (Last Name, First Name & Middle Initial)*

M Jones and Associates, PC
*Firm/Agency Name*

505 North Tustin Avenue
Suite 105
*Street Address*

Santa Ana, CA, 92705
*City, State, Zip Code*

(714) 795-2346
*Telephone Number*

(888) 341-5213
*Fax Number*

mike@mjonesoc.com
*E-mail Address*

271574
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law.

Dated  12 October 2016

Michael A. Jones
*Designee's Name (please type or print)*

*Designee's Signature*

SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Court admissions:

U.S. Court of Appeals for the Fourth Circuit, admitted 07/11/15, Yes in Good Standing

U.S. Court of Appeals for the Fifth Circuit, admitted 04/03/07, Yes in Good Standing

U.S. Court of Appeals for the Tenth Circuit, admitted 04/24/15, Yes in Good Standing

U.S. District Court for the Eastern District of Texas, admitted 08/20/07, Yes in Good Standing

U.S. District Court for the Western District of Texas, admitted 04/30/08, Yes in Good Standing

U.S. District Court for the Northern District of Texas, admitted 06/13/03, Yes in Good Standing

U.S. District Court for the Southern District of Texas, admitted 11/02/07, Yes in Good Standing

U.S. District Court for the Western District of Oklahoma, admitted 04/01/14, Yes in Good Standing

U.S. District Court for the Middle District of Florida, admitted 10/04/16 (pro hac vice), Yes in Good Standing

U.S. District Court for the Western District of Washington, admitted 08/09/16 (pro hac vice), Yes in Good Standing

U.S. District Court for the Northern District of Mississippi, admitted 01/23/12 (pro hac vice), Yes in Good Standing

The Supreme Court of Texas, admitted 05/05/03, Yes in Good Standing

The Supreme Court of Oklahoma, admitted 09/26/02, Yes in Good Standing

***I hereby certify that I am in good standing through the State Bar of Oklahoma & Texas, and will provide certificates to the Court through supplemental pleadings when received from the State Bars of the admitted states***

# OKLAHOMA BAR ASSOCIATION
Office of the General Counsel

## CERTIFICATE

STATE OF OKLAHOMA   )
                    )
COUNTY OF OKLAHOMA  )

Gina Hendryx, being duly sworn, deposes and says:

That she is the General Counsel of the Oklahoma Bar Association, under the Rules Creating and Controlling the Oklahoma Bar Association as adopted and promulgated by the Supreme Court of the State of Oklahoma, and as such has access to the records and files showing the date of admission and the standing of all attorneys admitted to practice by the Supreme Court.

That HIRAM STANLEY SASSER, III, OBA #19559, was admitted to the practice of law by the Supreme Court of Oklahoma on September 26, 2002, and is an active member in good standing of the Oklahoma Bar Association.

_____
General Counsel

The foregoing was subscribed and sworn to before me under penalty of perjury pursuant to the laws of the State of Oklahoma on the 12th day of October, 2016 by Gina Hendryx

_____
NOTARY PUBLIC

My Commission Expires:
January 8, 2019
Commission Number:
07000304

[Notary Seal: LAURA M. L. BROWN, #07000304, EXP. 01/08/19, NOTARY PUBLIC, STATE OF OKLAHOMA]

1901 North Lincoln Blvd.
P.O. Box 53036
Oklahoma City, OK 73152-3036

office  405.416.7007
fax     405.416.7003
toll free 800.522.8065

www.okbar.org

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

October 24, 2016

Re:  Hiram Stanley Sasser III, State Bar Number 24039157

To Whom It May Concern:

This is to certify that Mr. Hiram Stanley Sasser III was licensed to practice law in Texas on May 05, 2003, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

No previous disciplinary sanctions have been entered against the attorney's law license.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

*[signature]*

Linda A. Acevedo
Chief Disciplinary Counsel
LA/aa