| |
|---|
| Michael Jones CA 271574 |
| M Jones & Associates, PC |
| 505 N Tustin Ave, Ste 105 |
| Santa Ana, CA 92705 |
| 714-795-2346  (voice) / 888-341-5213 (fax) |
| mike@mjonesoc.com |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United Poultry Concerns | | CASE NUMBER |
|---|---|---|
| | Plaintiff(s) | 8:16-cv-1810-AB-(GJSx) |
| v. | | |
| Chabad of Irvine et al. | | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| | Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

| Sasser III, Hiram S. | of | First Liberty Institute |
|---|---|---|
| *Applicant's Name (Last Name, First Name & Middle Initial)* | | 2001 W. Plano Pkwy, Ste 1600 |
| 972-941-4444      972-423-6162 | | Plano, TX 75075 |
| *Telephone Number      Fax Number* | | |
| hsasser@firstliberty.org | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**for permission to appear and participate in this case on behalf of**

Chabad of Irvine ; Alter Tenenbaum

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

| Jones, Michael A | of | M Jones & Associates, PC |
|---|---|---|
| *Designee's Name (Last Name, First Name & Middle Initial)* | | 505 N Tustin Ave, Ste 105 |
| 271574      714-795-2346      888-341-5213 | | Santa Ana, CA 92705 |
| *Designee's Cal. Bar No.      Telephone Number      Fax Number* | | |
| mike@MJonesOC.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:    ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated: *Click here to enter a date.*

**U.S. District Judge/U.S. Magistrate Judge**

G-64 Order (05/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1