Michael Jones CA 271574
M Jones & Associates, PC
505 N Tustin Ave, Ste 105
Santa Ana, CA 92705
714-795-2346 (voice) / 888-341-5213 (fax)
mike@mjonesoc.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United Poultry Concerns | CASE NUMBER |
|---|---|
| Plaintiff(s) | 8:16-cv-1810-AB-(GJSx) |
| v. | |
| Chabad of Irvine et al. | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Dys, Jeremiah G.
*Applicant's Name (Last Name, First Name & Middle Initial)*

972-941-4444    972-423-6162
*Telephone Number*    *Fax Number*

jdys@firstliberty.org
*E-Mail Address*

of

First Liberty Institute
2001 W. Plano Pkwy, Ste 1600
Plano, TX 75075

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Chabad of Irvine ; Alter Tenenbaum

*Name(s) of Party(ies) Represent*    ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:

**and designating as Local Counsel**

Jones, Michael A
*Designee's Name (Last Name, First Name & Middle Initial)*

271574    714-795-2346    888-341-5213
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

mike@MJonesOC.com
*E-Mail Address*

of

M Jones & Associates, PC
505 N Tustin Ave, Ste 105
Santa Ana, CA 92705

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated: Click here to enter a date.

U.S. District Judge/U.S. Magistrate Judge