# EXHIBIT A

Prepared By:
Michael Jones, CA Bar No. 271574
M. Jones & Associates, PC
505 North Tustin Ave, Suite 105
Santa Ana, CA 92705
Telephone: (714) 795-2346
Facsimile: (888) 341-5213
Email: mike@MJonesOC.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED POULTRY CONCERNS,<br><br>Plaintiff,<br><br>v.<br><br>CHABAD OF IRVINE; ALTER TENENBAUM, IN HIS INDIVIDUAL, CAPACITY; DOES 1 THROUGH 50,<br><br>Defendants | Case No.<br>**8:16-CV-01810**-AB-(GJSx)<br><br>**AFFIDAVIT OF RABBI ALTER TENENBAUM**<br><br>HEARING REQUESTED<br><br>ASSIGNED TO HON. ANDRÉ BIROTTE JR., District Judge;<br>HON. GAIL J. STANDISH, Magistrate Judge |

**AFFADVIT OF RABBI ALTER TENEBAUM**
1

I, Alter Tenenbaum, declare:

1) I am Alter Tenenbaum, one of the Defendants in the above captioned case. I work as a rabbi at Chabad of Irvine, a Jewish Synagogue in Irvine, California. I am the primary person involved in the ministry and operations of the Synagogue. I have personal knowledge of the following, and if called as a witness, I could competently testify to the following of my own personal knowledge, information, and belief. I am totally, completely, and intimately familiar with the kaporos ceremony at issue in the above captioned case, as well as the financial operations of the synagogue.

2) Chabad of Irvine is a 501(c)(3) nonprofit religious organization.

3) Chabad of Irvine performs the kaporos ceremony for religious reasons and is not motivated by monetary gain.

4) In 2014, I oversaw and participated in the kaporos ceremony. Chabad of Irvine received suggested donations in connection with the ceremony. Those donations were intended to cover the costs of facilitating the ceremony. I recently reviewed our accounting records, and based on our records, I can testify that Chabad of Irvine did not generate a profit from the kaporos ceremony. In fact, the records show that the synagogue facilitated the ceremony at a $24.00 loss.

5) I can affirm that the attached accounting records of the 2014 kaporos ceremony are a true and correct copy.

6) If Chabad of Irvine performs the kaporos ceremony in 2017, it will again do so in a way that is motivated by religious reasons and not motivated by monetary gain.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 28, 2016.

By

_____
Alter Tenenbaum

please see attached jurat AG 10/28/16

---

AFFADVIT OF RABBI ALTER TENEBAUM
3

DEFENDANTS' MOTION TO DISMISS
APPENDIX 29

11:42 AM
10/28/16
Accrual Basis

# ICC
## Account QuickReport
### September through October 2014

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---:|
| **HIGH H** | | | | | | |
| **income** | | | | | | |
| **KAPAROS** | | | | | | |
| Deposit | 9/7/2014 | | DEPOSIT AUTHOR... | Deposit | CNB | 18.00 |
| Deposit | 9/8/2014 | | DEPOSIT AUTHOR... | Deposit | CNB | 54.00 |
| Deposit | 9/24/2014 | | DEPOSIT AUTHOR... | Deposit | CNB | 126.00 |
| Deposit | 9/28/2014 | | DEPOSIT AUTHOR... | Deposit | CNB | 180.00 |
| Deposit | 9/29/2014 | | DEPOSIT AUTHOR... | Deposit | CNB | 126.00 |
| Deposit | 9/30/2014 | | DEPOSIT AUTHOR... | Deposit | CNB | 92.00 |
| Deposit | 10/1/2014 | | DEPOSIT AUTHOR... | Deposit | CNB | 88.00 |
| Deposit | 10/2/2014 | | DEPOSIT | Deposit | CNB | 18.00 |
| Deposit | 10/2/2014 | | DEPOSIT | Deposit | CNB | 52.00 |
| Deposit | 10/2/2014 | | DEPOSIT AUTHOR... | Deposit | CNB | 78.00 |
| Deposit | 10/6/2014 | | DEPOSIT AUTHOR... | Deposit | CNB | 18.00 |
| Deposit | 10/8/2014 | | DEPOSIT | Deposit | CNB | 150.00 |
| Deposit | 10/8/2014 | | DEPOSIT | Deposit | CNB | 378.00 |
| Deposit | 10/8/2014 | | DEPOSIT | Deposit | CNB | 36.00 |
| Deposit | 10/8/2014 | | DEPOSIT | Deposit | CNB | 18.00 |
| Deposit | 10/14/2014 | | DEPOSIT | Deposit | CNB | 90.00 |
| Deposit | 10/14/2014 | | DEPOSIT | Deposit | CNB | 79.00 |
| Check | 10/22/2014 | 14497 | CASH | | CNB | -1,475.00 |
| Deposit | 10/22/2014 | | DEPOSIT | Deposit | CNB | 72.00 |
| Deposit | 10/22/2014 | | DEPOSIT | Deposit | CNB | 28.00 |
| Check | 10/24/2014 | 14506 | ELY TENENBAUM | | CNB | -250.00 |
| **Total KAPAROS** | | | | | | **-24.00** |
| **Total income** | | | | | | **-24.00** |
| **Total HIGH H** | | | | | | **-24.00** |
| **TOTAL** | | | | | | **-24.00** |

Page 1

DEFENDANTS' MOTION TO DISMISS
APPENDIX 30

Affidavit of Rabbi Atter Tenenbaum  AG  10/28/16

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Orange

Subscribed and sworn to (or affirmed) before me on this 28th day of October, 2016, by Atter Tenenbaum ,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(Seal)   [Notary Seal: ARIEL GOLDIN, COMM. #2127989, Notary Public-California, ORANGE COUNTY, My Comm. Exp. OCT. 23, 2019]

Signature _____