Prepared By:
Michael Jones, CA Bar No. 271574
M. Jones & Associates, PC
505 North Tustin Ave, Suite 105
Santa Ana, CA 92705
Telephone: (714) 795-2346
Facsimile: (888) 341-5213
Email: mike@MJonesOC.com
Attorney for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **UNITED POULTRY CONCERNS,**<br><br>Plaintiff,<br><br>v.<br><br>**CHABAD OF IRVINE; ALTER TENENBAUM, IN HIS INDIVIDUAL, CAPACITY; DOES 1 THROUGH 50,**<br><br>Defendants. | Case No.<br>**8:16-CV-01810**-AB-(GJS)<br><br>**ORDER ON DEFENDANTS' ANTI-SLAPP MOTION TO STRIKE COMPLAINT**<br><br>**HEARING**<br>**Date: 23 January 2017**<br><br>**Time: 10:00 AM**<br><br>ASSIGNED TO HON. ANDRÉ BIROTTE JR., District Judge; HON. GAIL J. STANDISH, Magistrate Judge |

**ORDER ON DEFENDANTS' ANTI-CLAPP MOTION TO STRIKE COMPLAINT**

1

Presently before the Court is the ANTI-Slapp Motion to Strike Complaint by Defendants Chabad of Irvine and Alter Tenenbaum (hereinafter "Defendants").  Upon consideration of the motion, the Court **GRANTS** the Defendants' motion, and the Complaint shall be striken.

The Court finds that this action was filed in order to chill lawful First Amendment activity, and has such an order striking the complaint and dismissing the action is appropriate under California's anti-Strategic Lawsuit Against Public Participation ("anti-SLAPP") statute, found at California Code of Civil Procedure § 425.16.

Additionally, the Court finds that Defendants are entitled to an award of their attorney's fees and costs pursuant to Cal. Civ. P. Code § 425.16(c)(1).  Defendants are ordered to file supporting declarations detailing their costs and attorney's fees within 30 days of the entry of this order, and to lodge an order approving same for consideration by the Court.

//

//

//

**ORDER ON DEFENDANTS' ANTI-CLAPP MOTION TO STRIKE COMPLAINT**

1

Dated this _____ day of _____, 2017.

                                            Hon. ANDRÉ BIROTTE, JR.,
                                            United States District Court Judge

**ORDER ON DEFENDANTS' ANTI-CLAPP MOTION TO STRIKE COMPLAINT**

2