Prepared By:
Michael Jones, CA Bar No. 271574
M. Jones & Associates, PC
505 North Tustin Ave, Suite 105
Santa Ana, CA 92705
Telephone: (714) 795-2346
Facsimile: (888) 341-5213
Email: mike@MJonesOC.com
Attorney for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **UNITED POULTRY CONCERNS,**<br><br>                    Plaintiff,<br><br>v.<br><br>**CHABAD OF IRVINE; ALTER TENENBAUM, IN HIS INDIVIDUAL, CAPACITY; DOES 1 THROUGH 50,**<br><br>                    Defendants. | Case No.<br>**8:16-CV-01810**-AB-(GJS)<br><br>**NOTICE OF DEFENDANTS' MOTION TO STRIKE OR DISMISS COMPLAINT AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**<br><br>**HEARING**<br>**Date:  23 January 2017**<br><br>**Time: 10:00 AM**<br><br><br>ASSIGNED TO HON. ANDRÉ BIROTTE JR., District Judge; HON. GAIL J. STANDISH, Magistrate Judge |

PLEASE TAKE NOTICE that on 23 January 2017 at 10:00 AM, or as soon thereafter as this matter may be heard in the above-entitled Court located at 312 N. Spring St., Los Angeles, CA 90012, Courtroom 4, 2nd Floor, Chabad of Irvine and Alter Tenenbaum, the Defendants in this case, will move this Court to Dismiss the Strike or Dismiss the Plaintiff's Complaint.

This motion is based on the Memorandum of Points and Authorities, and the attachments thereto, the Complaint, the complete files and records in this action, and upon such oral and documentary evidence as may be allowed at the hearing of this motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place via email on October 24, 2016.

Dated this November 7, 2016.

Respectfully submitted,

**M Jones and Associates, PC**
Attorneys for Defendants

_Michael Jones_

NOTICE OF DEFENDANTS' MOTION TO DISMISS

2