Prepared By:
Michael Jones, CA Bar No. 271574
M. Jones & Associates, PC
505 North Tustin Ave, Suite 105
Santa Ana, CA 92705
Telephone: (714) 795-2346
Facsimile: (888) 341-5213
Email: mike@MJonesOC.com
Attorney for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **UNITED POULTRY CONCERNS,**<br><br>Plaintiff,<br><br>v.<br><br>**CHABAD OF IRVINE; ALTER TENENBAUM, IN HIS INDIVIDUAL, CAPACITY; DOES 1 THROUGH 50,**<br><br>Defendants. | Case No.<br>**8:16-CV-01810**-AB-(GJS)<br><br>**NOTICE OF DEFENDANTS' ANTI-SLAPP MOTION TO STRIKE COMPLAINT**<br><br>**HEARING**<br>**Date: 23 January 2017**<br><br>**Time: 10:00 AM**<br><br>ASSIGNED TO HON. ANDRÉ BIROTTE JR., District Judge; HON. GAIL J. STANDISH, Magistrate Judge |

**NOTICE OF DEFENDANTS' ANTI-SLAPP MOTION TO STRIKE COMPLAINT**

1

PLEASE TAKE NOTICE that on 23 January 2017 at 10:00 AM, or as soon thereafter as this matter may be heard in the above-entitled Court located at 312 N. Spring St., Los Angeles, CA  90012, Courtroom 4,  2nd Floor, Chabad of Irvine and Alter Tenenbaum, the Defendants in this case, will move this Court to Strike the Plaintiff's Complaint pursuant to California's Anti-Strategic Lawsuit Against Public Participation statute, found at California Code of Civil Procedure § 425.16.

This motion is based on the Memorandum of Points and Authorities, and the attachments thereto, the Complaint, the complete files and records in this action, and upon such oral and documentary evidence as may be allowed at the hearing of this motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place via email on October 24, 2016, as well as the initial Opposition to Plaintiff's Preliminary Injunction Motion on October 11, 2016.

//

//

//

//

1  Dated this November 7, 2016.

2

3                                                      Respectfully submitted,

4

5                                                      **M Jones and Associates, PC**
                                                       Attorneys for Defendants

6

7                                                      *[signature: Michael Jones]*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF DEFENDANTS' ANTI-SLAPP MOTION TO STRIKE COMPLAINT**

3