Name and address:

Matthew T. Martens
1875 Pennsylvania Avenue, NW
Washington, DC 20006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United Poultry Concerns | CASE NUMBER |
|---|---|
| Plaintiff(s), | 8:16-cv-01810-AB |
| v. | |
| Chabad of Irvine; Alter Tenenbaum, in his individual capacity; Does 1 through 50 | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |
| Defendant(s), | |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED**. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically (using the Court's CM/ECF System), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $325 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $325 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Martens, Matthew T.
*Applicant's Name (Last Name, First Name & Middle Initial)*                  check here if federal government attorney ☐

Wilmer Cutler Pickering Hale and Dorr LLP
*Firm/Agency Name*

1875 Pennsylvania Avenue, NW          202-663-6000              202-663-6363
                                       *Telephone Number*         *Fax Number*
*Street Address*

Washington, DC 20006                   matthew.martens@wilmerhale.com
*City, State, Zip Code*                *E-mail Address*

**I have been retained to represent the following parties:**

Chabad of Irvine                ☐ Plaintiff(s)  [X] Defendant(s)  ☐ Other: _____
Alter Tenenbaum                 ☐ Plaintiff(s)  [X] Defendant(s)  ☐ Other: _____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| District of Columbia | 03/07/2014 | Yes |
| North Carolina | 08/2003 | Yes |
| New Jersey | 12/1998 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| No. CV 10-9198 JVS | Walker, et al. v. Life Ins. Co. of the Southwest | January 2014 | Granted |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

N.A.

Has the applicant previously registered as a CM/ECF user in the Central District of California?  ☐ Yes  ☒ No

If yes, was the applicant's CM/ECF User account associated with the e-mail address provided above?  ☐ Yes  ☒ No

*Previous E-mail Used (if applicable)*

*Attorneys must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.3, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.*

**SECTION II - CERTIFICATION**

I declare under penalty of perjury that:
(1) All of the above information is true and correct.
(2) I am not a resident of the State of California.  I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated November 3, 2016

Matthew T. Martens
Applicant's Name (please type or print)

*Applicant's Signature*

**SECTION III - DESIGNATION OF LOCAL COUNSEL**

Boden, Gregory P.
*Designee's Name (Last Name, First Name & Middle Initial)*

Wilmer Cutler Pickering Hale and Dorr LLP
*Firm/Agency Name*

350 South Grand Avenue
Suite 2100
*Street Address*

Los Angeles, CA 90071
*City, State, Zip Code*

213-443-5300
*Telephone Number*

213-443-5400
*Fax Number*

gregory.boden@wilmerhale.com
*E-mail Address*

301779
*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law.**

Dated November 3, 2016

Gregory P. Boden
*Designee's Name (please type or print)*

*Designee's Signature*

**SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)**

Additional Court Memberships:
New York Court of Appeals (07/17/2014) - Active, good standing
Pennsylvania Supreme Court (May 1997) - Inactive, good standing
United States Supreme Court (07/14/2000) - Active, good standing
United States Court of Appeals for the Third Circuit (6/14/1999) - Active, good standing
United States Court of Appeals for the Fourth Circuit (08/25/2003) - Active, good standing
United States Court of Appeals for the Seventh Circuit (05/25/2000) - Active, good standing
United States Court of Appeals for the Ninth Circuit (06/29/2015) - Active, good standing
United States District Court for the District of New Jersey (12/14/1998) - Active, good standing
United States District Court for the Southern District of New York (11/23/1999) - Active, good standing
United States District Court for the Eastern District of New York (11/23/1999) - Active, good standing
United States District Court for the Northern District of New York (12/15/1999) - Active, good standing
United States District Court for the District of the District of Columbia (05/05/2014) - Active, good standing
United States District Court for the Western District of North Carolina (07/22/2011) - Active, good standing
United States District Court for the Middle District of North Carolina (08/08/2011) - Active, good standing



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## MATTHEW THEODORE MARTENS

was on   MARCH 7, 2014   duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on OCTOBER 25, 2016.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

**ATTORNEY REGISTRATION OFFICE**

Julia Frankston-Morris, Esquire
Secretary of the Board

Suzanne E. Price
Attorney Registrar



PENNSYLVANIA JUDICIAL CENTER
601 Commonwealth Ave., Suite 5600
PO Box 62625
Harrisburg, PA 17106-2625

Tel: (717) 231-3380
Fax: (717) 231-3381
www.padboard.org

## CERTIFICATION OF INACTIVE STATUS
*In lieu of Certificate of Good Standing*

*For*

# MATTHEW THEODORE MARTENS
*PA Bar Number 79531*

I, Suzanne E. Price, as the Attorney Registrar for the Disciplinary Board of the Supreme Court of Pennsylvania, hereby confirm that **Matthew Theodore Martens** was admitted as an Attorney by the Supreme Court of Pennsylvania to the bar of the courts of the Commonwealth of Pennsylvania on May 19, 1997.

Mr. Martens is currently registered as "Inactive", having assumed said status on July 1, 2011.

Dated this 19th day of October, 2016

By: _____
Suzanne E. Price
Attorney Registrar

# Supreme Court
## OF THE STATE OF NORTH CAROLINA



I, J. Bryan Boyd, Clerk of the Supreme Court of North Carolina, do hereby certify that on August 26, 2003, license to practice as an Attorney and Counselor at Law in all the Courts of this State was issued by the North Carolina Board of Law Examiners to

## MATTHEW T. MARTENS

according to the certified list of licentiates reported by the Secretary of said Board and filed in my office as required by statute.

To the date of this certificate, no order revoking said license has been filed with this Court and no order suspending same is in effect.

WITNESS my hand and the Seal of the Supreme Court of North Carolina at office in Raleigh, this October 24, 2016.

*J. Bryan Boyd*

J. Bryan Boyd
Clerk of the Supreme Court
of the State of North Carolina



# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

I, *Robert D. Mayberger*, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

# Matthew Theodore Martens

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **17th day of July, 2014**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **27th day of October, 2016**.

Robert D Mayberger

*Clerk*

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **MATTHEW THEODORE MARTENS** (No. **047541998**) was constituted and appointed an Attorney at Law of New Jersey on **December 14, 1998** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **24TH** day of **October**, 20**16**

Clerk of the Supreme Court

-453a-