## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| Plaintiff(s) | |
| v. | |
| | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

_____ of

*Applicant's Name (Last Name, First Name & Middle Initial)*

_____   _____

*Telephone Number*      *Fax Number*

_____

*E-Mail Address*                    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

_____

_____

*Name(s) of Party(ies) Represented*          ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

_____ of

*Designee's Name (Last Name, First Name & Middle Initial)*

_____   _____   _____

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

_____

*E-Mail Address*                    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED:  ☐ for failure to pay the required fee.

  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

  ☐ for failure to complete Application: _____

  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____

_____

**U.S. District Judge/U.S. Magistrate Judge**