NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

M. Jones & Associates, PC
Michael Jones, SBN 271574
505 N. Tustin Ave., Ste 105
Santa Ana, CA 92705
Tel. (714) 795-2346 /Fax: (888) 341-5213
EMAIL: mike@mjonesoc.com

ATTORNEY(S) FOR: Plaintiff «Plaintiff»

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED POULTRY CONCERNS,

Plaintiff

v.

CHABAD OF IRVINE, et al.

Defendant

CASE NUMBER:

**8:16-CV-01810-AB-(GJS)**

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
**(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for **CHABAD OF IRVINE and ALTER TENEBAUM** or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

**(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)**

| PARTY | CONNECTION / INTEREST |
|---|---|
| United Poultry Concerns | Plaintiff |
| Chabad of Irvine | Defendant |
| Alter Tenenbaum | Defendant |

10 November 2016

Date

*Michael Jones* (signature)

Signature

Attorney of record for (or name of party appearing in pro per):
Chabad of Irvine and Alter Tenebaum