UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | SA CV 16-01810-AB (GJSx) | Date: | January 6, 2017 |
|---|---|---|---|

| Title: | United Poultry Concerns v. Chabad of Irvine et al. |
|---|---|

Present: The Honorable  **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

None Appearing    None Appearing

**Proceedings:    [In Chambers] Order DENYING Motion for Leave to File Brief as Amicus Curiae as MOOT**

On October 10, 2016, Professor Joshua Blackman filed a Motion for Leave to File a Brief as Amicus Curiae in support of Defendant's Opposition to Plaintiff's Motion for a Temporary Restraining Order.  (Dkt. No. 22.)  Professor Blackman retained counsel and attended the Court's October 11, 2016 telephonic conference in regard to Defendant's Motion to Dissolve Temporary Restraining Order.  As the Court has granted Defendant's Motion without consideration of or reference to Professor Blackman's amicus brief, the Motion to Appear as Amicus Curiae will be denied as moot.

**IT IS SO ORDERED.**