ROBINS KAPLAN LLP
Charles Cannizzaro, SB #280895
2049 Century Park East, 34th Floor
Los Angeles, CA 90067
Telephone: 310 552 0130
Facsimile: 310 229 5800
E-mail: CCannizzaro@RobinsKaplan.com

Attorney for
DR. MARK GOLDFEDER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED POULTRY CONCERNS, | Case No. 8:16-cv-01810-AB-GJS |
|---|---|
| Plaintiff, | **CANNIZZARO DECLARATION IN SUPPORT OF MOTION FOR LEAVE TO FILE DR. MARK GOLDFEDER'S AMICUS BRIEF** |
| v. | |
| CHABAD OF IRVINE, et al. | |
| Defendants. | |

I, Charles Cannizzaro, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am an attorney at the law firm of Robins Kaplan LLP, and counsel for Dr. Mark Goldfeder in this action. I have firsthand knowledge of the following facts, and if called upon to testify as a witness, I would and could competently testify thereto.

2. Attached hereto and marked as Exhibit "A" is a true and correct copy of an e-mail that I sent to the counsel of record for United Poultry Concerns, Mr. Bryan Pease, with copy to Mr. David Simon, on January 13, 2017.

I declare under perjury and under the laws of the United States of America that

61279747.1

the foregoing is true and correct.

DATED: January 17, 2017

ROBINS KAPLAN LLP

By: *Charles Cannizzaro*
Charles Cannizzaro

ATTORNEY FOR
DR. MARK GOLDFEDER

# EXHIBIT A

## Cannizzaro, Charles M.

| | |
|---|---|
| From: | Cannizzaro, Charles M. |
| Sent: | Friday, January 13, 2017 10:09 AM |
| To: | 'bryanpease@gmail.com' |
| Cc: | 'dsimon1027@gmail.com' |
| Subject: | UPC v. CHABAD OF IRVINE - Amicus Brief |

Dear Bryan,

I am representing Dr. Mark Goldfeder, and he would like to file an amicus brief on the history and practice of the kaporos ceremony at issue in *United Poultry Concerns v. Chabad of Irvine*.

Dr. Goldfeder is an Emory law professor specializing in Jewish law. He has a unique perspective not only as a practitioner and scholar, but he has also been admitted to several Rabbinical courts.

Let me know if you are willing to provide advanced agreement for him to file his amicus brief.

Sincerely,

Charles Cannizzaro, Esq.
ROBINS ◢ KAPLAN LLP
Robins Kaplan LLP | 2049 Century Park East | Suite 3400 | Los Angeles, CA  90067-3208
Tel: 310.552.0130 | Fax: 310.229.5800 | CCannizzaro@RobinsKaplan.com | RobinsKaplan.com

1