ROBINS KAPLAN LLP
Charles Cannizzaro, SB #280895
2049 Century Park East, 34th Floor
Los Angeles, CA 90067
Telephone: 310 552 0130
Facsimile: 310 229 5800
E-mail: CCannizzaro@RobinsKaplan.com

Attorney for
DR. MARK GOLDFEDER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED POULTRY CONCERNS, | Case No. 8:16-cv-01810-AB-GJS |
| Plaintiff, | **REQUEST FOR JUDICIAL NOTICE** |
| v. | |
| CHABAD OF IRVINE, et al. | |
| Defendants. | |

Dr. Mark Goldfeder as *amicus curiae*, by and through his attorney, hereby requests the Court to take judicial notice pursuant to Federal Rule of Evidence 201 of the following facts:

1. The Library of Congress online catalog contains a picture depicting Kapparot as a part of Jewish ceremonial and religious life in New York in 1901. The picture can be found at: Library of Congress online catalog, https://www.loc.gov/item/2012647932/ (last visited Jan. 17, 2017). *See* Ex. A to Request for Judicial Notice.

It is appropriate for the Court to take judicial notice of this picture in the Library of Congress online catalog because the Court can take judicial notice of

61279704.1

REQUEST FOR JUDICIAL NOTICE

public records and government documents available from reliable sources on the Internet, such as websites run by governmental agencies. *Gerritsen v. Warner Bros. Entm't Inc.*, 112 F. Supp. 3d 1011, 1017 (C.D. Cal. 2015).

DATED: January 17, 2017

ROBINS KAPLAN LLP

By: *Charles Cannizzaro*
Charles Cannizzaro

**ATTORNEY FOR**
**DR. MARK GOLDFEDER**

# EXHIBIT A

  All Formats    Search Loc.gov

PHOTOS, PRINTS, DRAWINGS

# Capuros [i.e. Kapparot or Kapores]



[ digital file from b&w film copy neg. ]

Download: JPEG (4.0 KB)    Go

## About this Item

**Title**
Capuros [i.e. Kapparot or Kapores]

**Summary**
Photograph shows two girls and a boy reading from a book; each girl is holding a hen as a man holds a rooster over the head of the boy.

**Created / Published**
c1901.

**Subject Headings**

- Jews--Spiritual life--New York (State)--1900-1910
- Chickens--New York (State)--1900-1910
- Children--New York (State)--1900-1910
- Rites & ceremonies--New York (State)--1900-1910

**Format Headings**

Photographic prints--1900-1910.

**Notes**

- Copyright 1901, Mandelkern, N.Y.
- Title from item.

**Medium**

1 photographic print.

**Call Number/Physical Location**

SSF - Jews -- Rites and Ceremonies [item] [P&P]

**Repository**

Library of Congress Prints and Photographs Division Washington, D.C. 20540 USA
http://hdl.loc.gov/loc.pnp/pp.print

**Digital Id**

cph 3a36899 //hdl.loc.gov/loc.pnp/cph.3a36899

**Library of Congress Control Number**

2012647932

**Reproduction Number**

LC-USZ62-36491 (b&w film copy neg.)

**Rights Advisory**

No known restrictions on publication.

**Online Format**

image

**LCCN Permalink**

https://lccn.loc.gov/2012647932

**Additional Metadata Formats**

MARCXML Record

MODS Record

Dublin Core Record

## Rights & Access

## Cite This Item

## More Photos, Prints, Drawings like this



PHOTO, PRINT, DRAWING
**Ushamnu [i.e. Ashamnu]**



PHOTO, PRINT, DRAWING
**Tekuo [i.e. Tokea]**



PHOTO, PRINT, DRAWING
**Happy holy day**



PHOTO, PRINT, DRAWING
**New York City--the Chanucka celebration by the Young Men's Hebrew Association, at the Academy of Music, ...**



PHOTO, PRINT, DRAWING
**[Jews praying on Williamsburg Bridge, New York City, on New Year's Day]**

## ou might also like



BOOK



BOOK



BOOK

**BOOK**
**Whence came the first Jewish settlers of New York?**
Catalog Record - Electronic Resource Available

**BOOK**
**Naturalization of Jews in New York under the act of 1740.**
Catalog Record - Electronic Resource Available

**BOOK**
**Niwatori no kagaku / ニワトリの科学 /**
Catalog Record - Electronic Resource Available



BOOK



BOOK

**BOOK**
**The early history of the Jews in New York, 1654-1664. Some new matter on the subject.**
Catalog Record - Electronic Resource Available

**BOOK**
**Ein besuch beim judentum in New-York und umgebung;**
Catalog Record - Electronic Resource Available

Follow Us



iTunesU

 Take our survey

Accessibility    Legal    Inspector General    External Link Disclaimer    USA.gov    Careers    Contact    Media

Donate    Shop