David R. Simon (SBN 145197)
**SIMON LAW GROUP**
17595 Harvard Avenue, Suite C515
Irvine, CA 92614
Ph. (714) 975-1728

Bryan W. Pease (SBN 239139)
**LAW OFFICE OF BRYAN W. PEASE**
3170 Fourth Ave., Suite 250
San Diego, CA 92103
Ph. (619) 723-0369

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED POULTRY CONCERNS, a Maryland nonprofit corporation,<br><br>**Plaintiff,**<br>vs.<br><br>CHABAD OF IRVINE, a California corporation; ALTER TENENBAUM, an individual; ELY TENENBAUM, an individual; and DOES 1 through 49,<br><br>**Defendants**. | **CASE NO. 8:16-cv-01810-AB (GJSx)**<br>*Hon. André Birotte Jr., Ctrm 7B*<br>*Mag. Gail J. Standish, Ctrm 23*<br><br>**NOTICE OF APPEAL** |

TO THE COURT AND ALL PARTIES:

　　PLEASE TAKE NOTICE that Plaintiff UNITED POULTRY CONCERNS in the above captioned case hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on May 12, 2017.

1 | Respectfully submitted,
2 |                                          **SIMON LAW GROUP**

**LAW OFFICE OF BRYAN W. PEASE**

Dated:    May 15, 2017    By:    /s/ Bryan W. Pease
David R. Simon
Bryan W. Pease
Attorneys for Plaintiff, United Poultry Concerns

2
NOTICE OF APPEAL